UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-284

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JAMES RODREQUIAS PRESSLY, ) | |
| Defendant. ) | |

This matter is before the court on the Defendant's Motion to Allow Defendant to be Transported to Attend Grandmother's Funeral [DE-25]. As the Defendant acknowledges in his motion, the United States Marshall services does not have sufficient staffing on the requested date to transport the Defendant to the funeral. The Defendant's motion [DE-25] is therefore DENIED.

SO ORDERED.

This the 21st day of December, 2012.

James C. Fox
JAMES C. FOX
Senior United States District Judge