UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-00284-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JAMES RODREQUIAS PRESSLEY, )<br>Defendant. ) | O R D E R |

This matter is before the court on James Rodrequias Pressley's Motion to Approve Additional Funds for a Private Investigator[1] [DE-64]. A review of the motion reveals that it lacks necessary details. For instance, the motion fails to state the number of hours that private investigator Hardee anticipates spending on this case. In addition, the motion fails to state what Mr. Hardee's hourly rate is. Accordingly, Pressley's Motion to Approve Additional Funds for a Private Investigator [DE-64] is DENIED without prejudice to renew the request in a motion which contains information necessary for this court to make an informed decision on the matter.

SO ORDERED.

This the 13 day of August, 2013

JAMES C. FOX
Senior U.S. District Judge

---

[1] The undersigned notes that the motion is entitled "Motion To Approve Additional Fees For Spanish Language/Interpreting Services." Based on the content of the motion, this title appears inapplicable.