UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-00284-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JAMES RODREQUIAS PRESSLEY, ) | |
| Defendant. ) | |

This matter is before the court on James Rodrequias Pressley's Motion to Approve Funding for a Transcriptionist [DE-65]. A review of the motion reveals that it is lacking in detail necessary for the undersigned to make an informed decision on the motion. For instance, the motion fails to state why it is necessary that all 141 hours of jail phone calls turned over in discovery be transcribed. Additionally, the motion is unclear whether Defendant's counsel is attempting to get verbatim transcripts, or whether summaries of the telephone conversations are sufficient for his needs. Accordingly, Pressley's Motion to Approve Funding for a Transcriptionist [DE-65] is DENIED without prejudice to renew the request in a motion which contains information necessary for the undersigned to make an informed decision on the matter.

SO ORDERED.

This the 13 day of August, 2013

*James C. Fox*
JAMES C. FOX
Senior U.S. District Judge