UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



Case No: <u>5:12-CR-284-1 & 2F</u>

**UNITED STATES OF AMERICA**
    Plaintiff
vs.                                  <u>ORDER</u>

**JAMES RODREQUIAS PRESSLEY**
a/k/a "Bubba" and **LINDA DAWSON**
    Defendants

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on 7/22/2014, be turned over to the case agent, Joshua Christensen , to be retained in custody until this case is completed, including any matters on appeal:

| <u>Govt. Exhibit No.:</u> | <u>Description:</u> |
|---|---|
| 60 | Crack Cocaine |
| 68 | Crack Cocaine |
| 62 | Crack Cocaine |
| 71 | Crack Cocaine |
| 65 | Crack Cocaine |

This  22nd  day of  July , 2014.

                                      _James C. Fox_
                                      James C. Fox
                                      Senior U.S. District Judge

Agent's Signature: _/s/_