IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-00284-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JAMES RODREIQUAS PRESSLEY, )<br>Defendant. ) | ORDER |

This matter is before the court on James Rodreiquas Pressley's Motion to Correct Sentence [DE-168]. In his motion, Pressley argues that U.S.S.G. § 3B1.1(b) was improperly used to enhance his sentence.

This court was without jurisdiction once Pressley filed his Notice of Appeal [DE-164] on July 22, 2015. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance-it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.") Accordingly, Pressley's Motion to Correct Sentence [DE-168] is DISMISSED.

SO ORDERED.

This the 30 day of July, 2015

*James C. Fox*
JAMES C. FOX
Senior U.S. District Judge